UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BRIAN MALLGREN,

                Plaintiff,

        -against-

LAURA TAYLOR SWAIN,

                Defendant.

25-CV-3820 (LLS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LOUIS L. STANTON, United States District Judge:

    By order dated May 4, 2016, due to Plaintiff's history of bringing frivolous or vexatious actions, Plaintiff was barred from filing future civil actions in this court *in forma pauperis* ("IFP") without first obtaining leave to file. *Mallgren v. United States*, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016). Plaintiff submits this new civil action without prepayment of the filing fees, and it therefore appears that he seeks to proceed IFP. Plaintiff did not obtain leave of court to file this new action IFP, and the Court therefore dismisses this action without prejudice for his failure to comply with the order issued in *Mallgren*, No. 14-CV-1420.

## CONCLUSION

    The Court dismisses the action without prejudice for Plaintiff's failure to comply with the injunction set forth in *Mallgren v. United States*, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016), requiring him to obtain leave of court to file a new civil action IFP.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this case.

SO ORDERED.

Dated:  June 30, 2025
        New York, New York

                                    _____
                                           Louis L. Stanton
                                              U.S.D.J.