UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BRIAN MALLGREN,

                Plaintiff,

     -against-

LAURA TAYLOR SWAIN,

                Defendant.

25-cv-3820 (LLS)

CIVIL JUDGMENT

---

     For the reasons stated in the June 30, 2025, order, the Court dismisses the action without prejudice for Plaintiff's failure to comply with the injunction set forth in Mallgren v. United States, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016), requiring him to obtain leave of court to file a new civil action IFP.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 1, 2025
              New York, New York

                                      /s/ Louis L. Stanton
                                          LOUIS L. STANTON
                                       United States District Judge